KELLY, Circuit Judge,
dissenting.
In my view, the district court abused its discretion by allowing Perez to testify about the forensic process and her opinions of H.L.’s interview. Perez’ testimony “presented a serious risk that the jury would believe she had special insight into the veracity of [H.L.j’s allegations—improperly bolstering [H.L.j’s credibility.” Littlewind, 680 Fed.Appx. at 499 (Kelly, J., dissenting). The admission of this testimony was not harmless error, because the jury’s assessment of H.L.’s credibility “was of paramount importance to the verdict.” Id. Accordingly, I respectfully dissent from Part B of the court’s opinion, and would reverse and remand for a new trial.